Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff SAKIP KAYA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKIP KAYA<br><br>           Plaintiff<br><br>           v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>           Defendant | CASE NO. 2:18-cv-5365 RGK-FMM<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: January 8, 2019            /s/ Frederick F. Mumm
                                      HON. FREDERICK F. MUMM
                                      UNITED STATES MAGISTRATE JUDGE